FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 02, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No.   2:22-PO-0095-JAG |
|---|---|
| Plaintiff, | |
| -vs- | ORDER SETTING DEADLINES AND STATUS CONFERENCE |
| SOPHALLA VOIR, | |
| Defendant. | |

On April 18, 2023, the Court held a status hearing on the pending citations. Hannah Swenson, legal intern, represented Defendant supervised by Kathryn Lucido. Elizabeth Phillips, legal intern, represented the Government, supervised by Timothy Ohms. Mr. Voir was not present. Defense counsel indicated that Mr. Voir is unavailable as he is currently incarcerated in Thurston County on new charges.

Defense counsel made an oral motion to dismiss the pending citation in light of the new charges. The Government asked for time to investigate prior to making a decision regarding dismissal. The Court concurred that more investigation will aid the Court and parties in determining the next step.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's oral motion to dismiss **DENIED as MOOT with the right to renew**.

2. The parties shall file a JOINT STATUS REPORT no later than **May 9, 2023**.

ORDER - 1

      3.    A status conference shall be held **May 16, 2023, at 2:30 p.m., in Spokane,** Washington.

        a. Motions, if any, shall be filed and served no later than **May 9, 2023**.

        b. Responses shall be filed and served no later than **May 12, 2023**.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order and provide copies to counsel.

DATED May 2, 2023.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2