FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 26, 2023

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  -vs-<br><br>SOPHALLA VOIR,<br><br>  Defendant. | No.   2:22-PO-0095-JAG<br><br>ORDER<br><br>**MOTION DENIED<br>(ECF NO. 26)** |

A motion hearing was held on May 16, 2023. Defendant, who was not present, was represented by Kathryn Lucido for Stephen Roberts. Legal Intern Elizabeth Phillips represented the Government, supervised by Timothy Ohms. The Court addressed Defendant's Motion to Dismiss. ECF No. 26. Defendant requested that the Court dismiss the pending citation due to recent charges and a sentence of incarceration in Thurston County. The Government opposed the request reporting that Defendant's anticipated release date is in February 2024. The Court denied Defendant's motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Dismiss Case, **ECF No. 26,** is **DENIED**.

2. A status conference shall be held **July 18, 2023, at 2:30 p.m., Spokane,** Washington. Defendant's appearance is waived due to his ongoing incarceration out of the district.

ORDER - 1

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order and provide copies to counsel.

DATED May 26, 2023.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2